The first argued case this morning is number 2011-5106, Kennedy against the Department of Health and Human Services. Mr. Downing. Yes, ma'am. Good morning, your honors. My name is Drew Downing. I'm with the Rhodes Rhonda firm in Tulsa, Oklahoma. I'm here today representing the appellant, Melissa Kennedy, on behalf of her mentally incompetent brother, Michael Kennedy. Melissa Kennedy is with us in the courtroom today. Your honors, our argument and position is very simple. It goes to the heart of the procedural safeguards contained within the rules of civil procedure. Primarily the rules designed to protect the due process rights of the mentally incompetent. Rule 17 of the rules of the Court of Federal Claims, which is the same as Federal Rule of Civil Procedure 17, states that the court must appoint a guardian ad litem or issue other appropriate order to protect a minor or incompetent person who is unrepresented in an action. This is a procedural safeguard that requires, by the use of the word must, the court to do something. Either appoint a guardian ad litem or issue other orders to make sure that there is a procedure in place to protect the rights of the mentally incompetent. Is your concern that the guardian ad litem was not appointed before Mr. Kennedy was 18? I think, your honor, the problem with the case is, under the rules of the Court of Federal Claims, and the vaccine rules in particular, it is acceptable for a parent to file a petition on behalf of their minor child. The problem with this case is, a few weeks after the case was pending, Michael Kennedy turned 18 years of age. At that point, Rule 17 requires, under the real party and interest rules and the protection of the mentally incompetent, that the adult be substituted in as the real party and interest. If the adult is mentally incompetent, which Michael Kennedy clearly is, that was adjudicated by Special Master Hastings in his original order. If the adult is mentally incompetent, then under Rule 17c, a guardian ad litem is required to be appointed to look out for his legal interest in the case. Or, the court has to issue other appropriate orders as it's reflected in the statute. Counsel, doesn't the statute itself say that a legal representative, i.e. a parent, can bring the petition for either a minor or someone who is disabled? It does, your honor, but I do not think… So is Mr. Kennedy disabled? Yes, ma'am, he is. He has at all times been disabled? Yes. So if he is disabled and the statute allows a parent to bring the suit on behalf of a disabled person, whether they're a minor or not, why, upon reaching age 18, would suddenly somebody have to have a hearing when the parent is already prosecuting it because he's disabled and is allowed to under the statute? I do not believe, your honor, that the way the vaccine rule is written contemplates, and Judge Allegra addressed this particular point, that it's silent as to what happens when the real party in interest to the case, which would be Michael Kennedy here, reaches age 18. Oh, but you're focusing on minors. The statute said a minor or, not an, or is disabled. So he, I would agree with you if he stopped being disabled. There are certainly certain illnesses, mental or otherwise, which are of a temporary nature. And so if he reached the age of 18 and ceased to be disabled, then I think we might have a very different situation. Well, your honor, I would disagree because… But what about a situation where you have, in the beginning, the disabled person has achieved majority? We have a 19-year-old individual who's vaccinated. I think what Judge Moore is saying is, Title 42 says that you can have a legal representative, a person who is minor or is disabled. Your honor, I think… And a legal representative could bring that suit for the 19-year-old, correct? I think, your honor, that example is actually a more egregious situation than even what we have in the sense that the parent could not bring that lawsuit. That would be foreign to the real party in interest statute that's contained in 17A, despite the fact that it says disabled within the vaccine rule. I took your argument to be that the section of 42 that we're talking about as construed by the court you feel is unconstitutional. I believe if you… Means you've cut to the chase. Correct. I believe that you violate the party litigant's due process rights if you do not comply with 17A and 17C collectively. Well, that's what I'm trying to get at, because on the face of the statute, it says minor or is disabled. It doesn't say minor or disabled minor. It says disabled, so that's why I phrase it in terms of a disabled adult. Your honor, I… I think you have to take that interpretation on as a matter of constitutional challenge, don't you? Well, I think you do, but even in our situation, there's an extra prong to this analysis which we haven't touched upon, and that is whether or not the parent in this particular situation, to use your honor's example, if the parent could represent the adult incompetent without legal representation. That's the second prong of our argument, which discusses whether or not a parent… The statute is also helping to define what a legal representative is, correct? Yes. I think it does. And doesn't the statute say the term legal representative, under definition section, means a parent or individual who qualifies as a legal guardian under state law? It does, but here… So it's, again, that the problem is in the language, the parent or an individual. So as I understood what the special master and then the court of federal claims was doing by way of interpreting this statute was to say a parent qualifies as a legal representative. A parent could qualify as a legal representative, but the definition that Judge Moore just read requires you to then fall back on state law, for example. A legal representative is a parent or it's something else, either or. So it's either a parent or an individual who qualifies as a legal guardian. So they're different. So you can have a parent. And I thought the opinion of the court of federal claims was quite honest in saying, wow, this means that a parent always qualifies, any parent qualifies, all the time as a legal representative. And therefore, they can bring this lawsuit on behalf of a disabled person, regardless of their age, and continue to litigate the case. And I think that holding is contrary to 17A. It's unconstitutional. It is. It doesn't match up. It simply doesn't match up. That would be foreign to every case that's ever construed the real party and interest requirements on who brings the case. Well, then the court of federal claims then took that constitutional challenge and ran it through what it considered to be the appropriate test for measuring a due process violation. I think it did. And I think it got that part wrong. You'd have to win on that, right? I think so. Because if we concluded that the court of federal claims had properly applied the appropriate due process analytic construct, then your constitutional challenge would fail, right? I think that's correct. And that is part of our appeal here today, is that in order to, I think Judge Allegra spent too much time focusing on the void versus voidable argument. Because our position is not that the failure to appoint the guardian ad litem, in and of itself, rendered the decision void. Because the court clearly had jurisdiction to render that decision. At the core, what I was trying to do in analyzing your appeal was to find out, what's the Achilles heel of the decision? Why does it all fall apart? And it struck me that it falls apart in an interview because of a violation of due process. Absolutely. And that if we agree with you on that point, then of course the judgment is void. Because a non-constitutional decision can't be voidable. It's void. Yes. That's why I saw that being underbrush. That is where Judge Allegra and I had our exchange. And I think he and I diverged on the point that we were trying to make. He latched onto the voidable versus void. And my position is, if you violate the due process right to the party litigant, and it rises to the level that the court concludes that is in fact the case, it makes it void under Rule 60b-4. So at what stage, in your view, should the guardian ad litem have been appointed? I think the guardian ad litem was required to be appointed at the time the minor child reached majority, age 18. Whether or not he was before the court or the special master or any other proceeding at the time? Yes. Yes, Your Honor. Because if you look at the process on how this should have played out, what you would have had is an acknowledgment by special master Hastings that Michael Kennedy had reached 18. And you would have had a hearing or some process occur as Judge Allegra did when he addressed the appeal. Judge Allegra knew he could not proceed with the case the way it was styled and the way it was set up. Because there wasn't any representative. There wasn't any legal representative of Michael Kennedy. And that's because the parents had stepped away. That's correct. Actually, Judge Allegra… That's not the same question as whether or not the parent could be a legal representative of a disabled person regardless of their age at the time the case was brought and passing through. He addressed the case and knew there was no one representing the disabled individual. At the time the case was before Judge Allegra, nothing was different than it was at the time it was before special master Hastings. What happened was Judge Allegra requested Martha Kennedy, the mom, to be appointed as next friend. And there is an affidavit… Did Judge Allegra request, as you just said, or wasn't there a motion made? No, actually, Your Honor, Judge Allegra issued an order compelling a next friend be appointed. And in his order suggested that it be Martha Kennedy, the mother, because I think that would have made it consistent with what happened before the special master. But as you can see from the filing, the affidavit signed by Melissa Kennedy in support of her appointment as next friend testified that Martha Kennedy, the mother, was not competent to represent Michael's business affairs, nor was he competent to do so when special master Hastings rendered his decision on the merits. So you're criticizing that procedure? Absolutely. Absolutely. Do you think that the mother should nevertheless, despite her not being competent to fill this role, should nevertheless have been nominated next friend? No. Actually, Your Honor, it would be just the opposite. Because the way special master Hastings proceeded with the case, it's difficult to tell if he even knew that Michael Kennedy had reached age 18 at the time he rendered his decision on the merits. But if you assume that he implicitly was allowing Martha Kennedy to proceed, our position is Martha Kennedy was not competent to handle Michael's business affairs. That would have come out had some sort of proper examination or inquiry been done as Judge Allegra did. That whole process took us filing our application and affidavit. It doesn't create a huge burden on the government. It's not necessary that every party litigant be appointed a guardian in their state of domicile before they come here. It's a very simple process that would have protected Michael Kennedy's due process rights had the court just followed its own rules. Let's hear from the Secretary. We'll save the rest of your time for rebuttal. Thank you, Your Honor. Mr. Miller. Can I just ask one question on a point that I wanted to ask the other party, and maybe by raising it he can respond? There's an alternative ground here, which was on timelines. Judge Allegra said at the end of the case, ordinarily I would have decided timelines first. What's the standard of review for us in deciding whether the judge was correct in saying that the real 60 motions were on timeline? Well, the standard is whether it's within a reasonable time. No, no, but is it standard of review for abuse of discretion? Is it de novo review? What is my opinion? Judge Allegra said, alternatively, this difficult case, it was too late. 19 years after the advantage, it's simply too late. There's prejudice here. Now, do I review that deferentially as an abuse of discretion? What's my test? I believe it is an abuse of discretion. And what's your case? You didn't say that in your brief. What's your case to support that? Well, because the standard is, I didn't cite a case, but the standard is reasonableness. And that's within the trial court's judge to decide what's reasonable or what's not. And it doesn't depend on whether the underlying challenge is a constitutional challenge as opposed to a factual challenge? I would think if the standard is one of reasonableness, that the court can decide based on the facts of this case. And that's what Judge Allegra did. He said he wasn't going to make certain determinations concerning whether the mother's claim that she didn't pursue it because the fund was insolvent. He looked at all the facts and circumstances and justified 17 years as too late under the facts of this case. I'd like to bring the court's attention, if I may. Good evening. My name is Michael Milmo. I represent the Secretary of Health and Human Services to the pending motion before this court to dismiss the case based on a lack of subject matter jurisdiction. The fact is that this court lacks the jurisdiction to hear this appeal at all, and the judgment of the Court of Federal Claims has now become final because the petitioner failed to file a timely notice of appeal. The judgment was entered by the Court of Federal Claims on April 28, 2011. Can I get a second? We understand the issues of the one day, and I think that we can consider that. I think if my colleagues agree, we would like to hear your response to the substantive points that have been raised on behalf of the petitioner. Yes, Your Honor. As to the merits of the case, we think that the merits are equally as weak as the petitioner's reply to why the court has jurisdiction. They asked for relief from a 17-year-old judgment in this case, and yet they have never provided a single shred of evidence that the special master should have considered before dismissing the case, evidence that was available then, or even, by some stretch, evidence that might be available now. The petitioners have provided evidence going to the point that Michael's retardation was caused by a vaccine. They provided nothing to show that. What their argument is to say, well, we were unconstitutionally deprived of the opportunity to make that judgment because we didn't have the proper representation. Well, as Judge Allegra said in his opinion, the burden is on the petitioner to show that relief is available at all under 60b-4 and 60b-6, and it's a very high standard. Judge Allegra described it as being a standard that requires a showing of a miscarriage of justice, and petitioners have not shown that. There are excellent policy reasons as to why judgments have to be considered finally. How much of a case would you have in opposition if the language in the statute at 300AA-11B-1A that we've been talking about, which you know well, minor or is disabled, parent or individual, if that statute didn't exist and all you have is Rule 17? I think we would still have a very, very strong case, and the reason for that is that as Rule 17 talks about, either that procedure has to be done or any other appropriate order. In this case, as Judge Allegra found, the special master issued a series of appropriate orders. The special master did everything in his power to make sure that the petitioners were consistently informed of what was expected of them. He told them what they had to do. He looked at all of the evidence that they produced. As you know, they produced four separate reports from four separate doctors, the last one which said that Michael's retardation was present at birth, and he kept sending them back. He wasn't required to do that. He gave them all the time that they asked for every time they asked for an extension or needed more time. In fact, he didn't dismiss the case. But all of this was done by Martha Kennedy's mother, right? Yes. So if there had been a hearing, don't you think it's possible it could have been ferreted out if she was possibly incompetent and not the appropriate person to proceed, and wouldn't that excuse under those circumstances her failure to file all those documents? There's nothing in this record that would indicate that Martha was incompetent at the time. She was the one who… But you didn't have the hearing. If you had the hearing that they requested, then that maybe could have been figured out. They didn't have the hearing, but the evidence is overwhelming that she was competent. She was, as Judge Allegra put it in his opinion, Special Administrator Hastings remembers her as being engaged, that the parents, again, followed all the orders. You know, we have a lot of petitioners in the vaccine court that don't file all the orders. The lady thought that she hadn't been denied compensation, but that there just wasn't enough money in the fund to write her a check. She clearly didn't follow everything that was going on, at least not according to their allegations. Well, during the proceeding when Special Administrator Hastings had the case, I have to respectfully disagree because Special Administrator Hastings laid out the entire history of the case, and he found and Judge Allegra found that they were fully engaged in the case. They filed 100 pages of medical records. He kept telling them what they had to do, what their burden was, what they had to show, and they kept… At each point during the litigation, they filed something. It was just that what they filed was deficient in showing that Michael had a vaccine injury. In fact, as I said before, one of the records from the doctors actually said this retardation was present at birth. So, I mean, I think the key point is that Special Administrator Hastings didn't dismiss this case until it was the parents themselves who wrote a letter saying there's no doctor in the world that's going to be able to tell you that the vaccine caused Michael's injury. Only at that point did Special Administrator Hastings say that, you know, that's enough and he dismissed the case. One of the problems we have with this type of case is evident any time that you have lawyers not involved and you have current state representation. So, there's always going to be a question as to whether somebody did or did not understand what was being told them if they were not lawyers, correct? That's always a possibility, Your Honor, but I have to say… In this instance, the special magistrate did advise the representative of the right-hand council and the council to be compensated by the system. Is that correct? That is correct. I think that's a very key point, along with the fact that the vaccine rules that are cited in the court's opinion specifically allow it. But a minor or incompetent person can't represent themselves, right? Correct. So, Rule 17 says the court must appoint a guardian ad litem or issue another appropriate order. When did that occur? I would contest that that occurred in all of Special Administrator Hastings' orders. No, when? Tell me where in the record I'm going to find the order, because an order is a very specific thing, right? I'm not giving you an order right now, we're just having a conversation. Right. An order is something quite specific and clear, so where is this order that he issued, which indicates who the guardian ad litem is? There is no such order that indicates that he held such a hearing. I don't think he held a hearing, right? The rule doesn't require a hearing. The rule requires an order issued appointing a guardian ad litem. There is no such order. Special Administrator Hastings proceeded with the case allowing them to represent themselves, giving them all of the... Suppose that Mr. Kennedy was not incompetent, he was only a minor. Parents filed a petition, which they're definitely entitled to do under the statute and under the rules, right? Right. Then the child reaches the age of 18. He is not incompetent, reaches the age of 18. He may be unaware that the parents ever filed such a petition. At that point in time, what needs to happen? In the case where they are competent, they are welcome to be substituted in by their own motion. Welcome to be substituted in by their own motion. What if they're not even aware of the proceedings? Because the parents filed it on their behalf at a time when they were a minor. I'm not aware of that fact pattern ever occurring in the 6,000 vaccine cases that we've adjudicated. But petitioners have a right if they're competent, and that happens all the time. When they turn the age of 18, they file a motion saying, you know, we wish to be substituted in. And I think Mr. Downing included such a petition in his response to our motion. That occurs quite frequently. So if a person doesn't file a motion, even though they're no longer a minor and not incompetent, the parent would be allowed to continue prosecuting the claim all the way through to its finality? Even if the person is neither minor nor incompetent, what authority under the statute would give the parent the right to continue to proceed as legal representative, absent an appointment of guardian ad litem? No, I think at age 18, they should substitute that. Okay, but suppose that doesn't happen. Are you saying under the statute? I read your brief to suggest that the parents are able to file a petition under the statute. And then, without ever expressly saying it, I should have interpreted your brief, and maybe this is the wrong inference on my part, but to be suggesting that since they could file it, they are then entitled to prosecute it to its completion regardless of whether the person continues to be incompetent, regardless of whether the person continues to be a minor. And so I guess I'm trying to figure out exactly what the government's position is on the statutory interpretation that yes, the parent has the right to file a petition if a person is a minor or otherwise disabled, but what happens when they cease to be in one of those two situations? Well, that's not the case here, of course. There's no doubt here that Michael has been incompetent all the way through the process for his entire four years. But do you agree that a parent would not be allowed, if there was never a question of incompetence, that it was only a minor child, once the child reaches the age of majority, do you agree that under the rules, under the statute, there is nothing that suggests the parent is allowed to continue to prosecute the claim without the child's involvement at that point in time? The statute is silent on that, but I think what happens as a practical matter is that unless the child does substitute in or somehow objects to that representation being maintained by the parents, that the proceedings do continue. That doesn't seem consistent with other areas of law. Okay, there's a few other points that I would make. The petitioners, again, we've already addressed their point about not being represented by counsel, the vaccine rules specifically allow that. The special master specifically told them, as Your Honor pointed out, that they could be appointed by counsel. Their next argument seems to be that the parents provide ineffective counsel to represent Michael's interests. And again, the factual record just doesn't prove that. They filed all of the medical records. They followed all of Special Master Hastings' directions. They got four separate letters. The key of the appellant's argument here is that something was supposed to have happened when Michael turned 18, and it didn't happen, right? Right. And so they're saying, the first question I have, whose burden is it to tell the special master that someone has turned 18? I would assume it would be the petitioners. Is there anything in the Vaccine Act in terms of building up your complaint that requires you to say what the age of the person is? Typically, that is what occurs. The petition states the date of birth. And so the special master could do that computation. He could. But come back to it. The argument here is that something unconstitutional happened when he turned 18. What is your fundamental response to that? Why isn't it true? If due process says you're entitled to a hearing, right, as a matter of law, and you're not afforded that hearing, that's a violation of due process. That's easy. Common law won't. So tell me in a nutshell why it is that the appellant here is wrong in saying something was supposed to have happened that didn't happen when Michael turned 18. For two reasons. A, the statutory language in Section 11 that tells you who a proper petitioner is that says that you either have to be a person who's injured by a vaccine or the legal representative of someone who has been injured by a vaccine. So let's assume that the parents were the proper legal representative under the statute as understood at the time Michael turned 18. They're the proper representative. Now, what does the rule say? Which rule are you referring to? 17. 17 says that the court has to do something in order to make sure that the petitioner's due process rights are met. Exactly what it says is a minor or an incompetent person who does not have a duly appointed representative may sue by a next friend or by a guardian ad litem. The court must appoint a guardian ad litem or issue another appropriate order to protect a minor or incompetent person who is unrepresented in an action. So you're going to say as of the time that Michael turned 18 he was represented. That's what I'm trying to get at. You're saying under that rule he was represented at the time he was 18. He was represented by his parents. By his parents. Because the parents say you can represent a disabled person regardless of age. Correct. So he was represented and therefore the rule doesn't apply. Correct. That's A. And then B, even if it did apply. This is a very important case. And I'm just trying to tease out, as I did with the other side, to find out where's the Achilles heel. And you're saying now the Achilles heel of the appellant's rule 17 argument is that that rule only applies to a minor or a disabled person who is unrepresented. Correct. That is correct. And that's the literal language of the rule, right? That is the language I just read out. I see I'm running out of time. I'll just conclude by saying. You have run out of time. Okay. Thank you, Your Honor. Okay. You have a bit over a minute, Mr. Downing. Thank you, Your Honor. Talk fast. Yes, ma'am. Can you help me with that? He's saying that if Michael was properly represented at the time that you say the hearing should have occurred, then what's the need for the hearing? This is, no. This is a novel situation that we're facing, which I think is why both sides have struggled to even take my point. Did you read rule 17 correctly? Yes. And as you can see from rule 17, it requires the court to do something. You can't just let it coast on with the parent purportedly representing the interests of someone who's reached the age of majority. That rule is very specific and very concise in that the court must, at that stage, appoint a guardian ad litem or issue some other type of order. His order could have been, I've interviewed the mom. She appears competent. I'm adjudicating her to be the proper party to substitute in as the next friend and proper legal representative of Michael Kennedy. That didn't happen. In order to respond to your question. That would be even if he was represented by counsel. Say that, you know, the special master would be required to test the adequacy of the counsel as of that moment. Absolutely. Absolutely. I think that is part of the process that rule 17 requires. When the parents are bringing it on behalf of their minor child, it's presumed. I think that the law presumes that the parent is the competent and proper party. But once you have an adult, once you have someone who's reached the age of majority and they're domiciled. But that's an age of majority question. Mr. Kennedy has been disabled at all times throughout these proceedings. And you keep talking about it as though the only issue here is whether he's a minor or not. Because of his continued disability, the statute and rules continue to apply to him and continue to allow his parents to be the representative that proceeds with the action. But I just don't understand why the age of majority matters in this case. Not that it wouldn't matter at all. And to respond, Your Honor, I believe that it does matter because the fact is something should have happened. Your question to Mr. Milmo is absolutely appropriate. Isn't it possible, possible, that the incompetence of the mom might have been ferreted out if something in accordance with rule 17 had occurred? Absolutely it's possible. You're saying it's presumed that because she was incompetent 20 years later, she was incompetent at the time? That's the only information that we have in the file, Your Honor, in the form of data from Melissa Kennedy that affirmatively said that. That she is incompetent to handle his business affairs now and was incompetent to handle them in 1992 when Special Master Hastings dismissed the child's case or the adult's case on the merits. Okay. Any more questions? Any more questions? Okay. Thank you, Mr. Baldwin and Mr. Milmo. The case is taken under submission.  The next case is number 2012-11-16, Enri Varden, Patent 533. Mr. Grady, when you're ready. Good morning. May it please the Court. My name is Keith Grady. I'm with the Paul Cinelli Shugart Law Firm, and I represent the Appellant Varden Patent LLC in this appeal for my denial of claims 1 through 24, amended claims 1 through 24 of U.S. Patent 5166-533 in reexamination. The Board of Patent Appeals and Interference has found that amended claims 1 through 24 of the 533 patent are unpatentable under 35 U.S.C. section 112 paragraph 1. You may assume that we have brought ourselves up to speed on the background. Come right to your arguments. Thank you, Your Honor. Your Honor, it's our position that there's no substantial evidence in the record to support the Board's finding that the disclosure of the 533 patent lacks sufficient support in the specification for the amendment of the claims to add the word directly to describe how the transfer of funds occurs between an individual's accounts. There's several portions of the patent that demonstrate direct transfers and provide written description support for that direct transfer. The first I'd like to point to is Figure 6. Figure 6 of the patent is described in the specification at column 4, lines 11 and 12, and that appears in the Joint Appendix at page 829. It's described as a complete schematic diagram. Figure 6 says from debit credit provider to savings program provider. If the word had, instead of provider, if the word had been account, then it would track the claim, but it doesn't because the account requires it to go directly to a savings program account, directly to an account of the savings program. The savings program provider, though, could have multiple accounts, and it doesn't necessarily have to go directly into the savings program account that is designated for the individual. It could just go to the savings program provider and then be moved into the individual's account. That's the problem. That's the government's argument, as I understand it. I understand, Your Honor, but the savings program provider is described in the specification as a bank where the individual's savings account is located. I agree, but a bank is not the same thing as the individual's account, right? Sending something to the bank is not the same thing as putting it in their account. That's correct. The transfer of funds goes to the bank where the account is located and goes into the account, but there's no intervening accounts or structures between that transfer where funds are collected, accumulated, distributed, interest applied, like in the birth 191 patent, which was cited extensively in the reexamination proceedings. You're saying that there is no intervening account, but Figure 6 doesn't demonstrate that. Figure 6 only says send it from one provider to the other provider. We don't know what those providers are necessarily doing with it when they get it. How does it support the idea that the savings program provider is immediately depositing it right into the savings program account? Well, there's no other description as provided other than it goes from the individual's debit credit transaction, which is the deposit account. That's number 26 in the figure. It goes directly to number 28, which is the savings program provider for the individual's savings. When you say nothing else was disclosed, the government says that column 6, line about 11 through 16, that it discloses taking the IRA contribution, forwarding it to the main IRA database kept by the bank or financial institution. That would be the savings program provider. So they say the IRA contribution is forwarded to the bank where the savings account is located, but they don't say that it's deposited straight to the savings account. They said it's first sent to an IRA database so that it can then be displayed to the customer's account for record. The IRA contributions are then sent to an individual investment account. Then sent. That's two different sents. There's one sent to the savings program provider, and then there's the and then sent to the individual's account. It certainly sounds like two steps. It sounds like two steps, but it's really not. And we explain this in our brief. There's two different things going on here. One is the transfer of money from account to account. The other is a transfer of data to be displayed in a database. Where in this patent does it talk at all about a transfer of data as opposed to solely the transfer of money? Well, let's take column six, for example, that we were just looking at. Column six, lines 10 through 13, says the one to five percent contribution is forwarded to the main IRA database. It doesn't say data about the contribution. It says the contribution itself. The same contribution that is then sent to the individual savings account. You may be right about theoretically how this is supposed to work, but then it's a poorly written spec, because in both cases you're referring to the thing that's being sent as the IRA contribution. I understand, but I think the critical part is the difference between a display and a deposit into an account. That one to five percent contribution that's discussed at column six, lines 10 through 13, is to be displayed to the customer's account. The IRA contributions are then sent to an individual investment account that's aligned with the current banking and savings account. This is consistent with the claim structure. Originally issued claim one, for example, says that the deposits go from account to account. It doesn't say anything about display of databases or sending information to be displayed in a database. Maybe you can try one more time, because you cited column six, lines 11 to 16 in your brief, but when I read it, I was shocked that you cited it, because it seemed clearly to support the government. As you're standing here talking, I don't understand how you think that it supports your position, because as I read the plain language, you have the IRA contribution forwarded to the main IRA database kept by the bank. That sounds like a place other than the person's individual savings account, doesn't it? Yes, that's the database where the data is displayed, not where the funds are deposited. So the funds aren't being sent? Correct. At that point in time, no funds are being sent. It's a signal representative. But there's nothing in here anywhere that talks about a signal, and that says the 1-5% IRA contribution is forwarded. So how is that a signal representing the amount of the contribution? Actually, in original claim one, as issued, there is a discussion of a computer to receive a signal representative of a payment amount from a third party, and that appears in column nine, lines 37 through 39. There's also in column nine. Okay, that's great though, but here, when you wanted to talk about a signal representative of a payment amount, you knew exactly how to do that. You referred to it as a signal representative of a payment amount. At column six, the point you pointed to, it says the 1-5% IRA contribution is forwarded to the main IRA database. It doesn't say the signal representative of the payment amount of the 1-5% contribution. It says the contribution itself. I understand, but it also doesn't say that the funds are deposited in the individual's account. In the next sentence, it talks about the account, and this is the discussion we have in our brief about the two different signal paths that occur here, where one is for data and one is for money. And there's a transfer of funds that goes from the individual's deposit account to the individual's savings account, and there's a transfer of data that gets displayed in the database that's kept. The display of data occurs before the funds go into the account, so that's an intervening step. It's not an intervening step in the transfer of the money. So what? Well, that's what's in the... You served up a definition of direct, meaning without an intervening step or agency. That's correct. And we argued that there was no intervening account, no place where the money goes. It says without an intervening step. It seemed to me that the problem here was an overly broad definition of directly that you served up and the board accepted. What you were trying to do here by directly was to say not Burke. Burke was indirect because Burke had an intervening account, a cookie jar where you deposited those bits of money until it got big enough to move along with somebody else. And to get around Burke, you were trying to say we don't have an intervening account. That's correct. But instead of amending your claim to say that, you amended the claim to say we are direct, and by direct means, there's no intervening step of any kind whatsoever. In the transfer of funds. It doesn't say that. The amendment to the terms of... And I mean, to me, it's defining the term. What does direct mean? Right, it's a direct transfer of funds. That's what the patent is directed to. It's directed to a transfer of funds from a deposit account to a... Without an intervening step, but it doesn't say without an intervening step to another account. It's just without an intervening step. Without an intervening step in the transfer of the funds. Not without any intervening step in some collateral process that shows a display of data. That's not a transfer of funds from one account to another. That's a data display, and it's explained in the patent. That's what the case is all about, is did your disclosure after your amendment make it clear that what you were trying to say by directly was not Berk, or whether you were saying, well, not any intervening step of any kind. And the board, to me, was reading it on the broad side, because they said, well, we'll grant you your definition. And then you have a problem. And there's not, under the board's definition of direct, there's not going to be a direct transfer in any of these patents. Because there's too much collateral things happening, as you know. Yes, I understand. But I think the direct has to be read in conjunction with the transfer of funds. And it's the direct transfer of funds from account to account. That's the part. That's the missing element to me in what's stated in your disclosure, given the way the case is served up by the definition of direct. But I think if you read the entire disclosure, including the abstract, the originally issued claims, the portions of the specification that we point to throughout the brief, you never see anything other than a direct transfer of funds from account to account when you look at the transfer of funds. When you look at transfers of data, there may be something that intervenes between a transfer of funds. But that, as we point out in our brief, is on a different signal path from the transfer of the funds. But your original disclosure was broad enough to read on Berk. So your original disclosure would deal with an indirect transfer to an account. Well, we didn't think the original disclosure was broad enough to read on Berk, and we argued against that in the reexamination proceedings. But we ultimately amended the claim to further clarify and distinguish the claim from Berk. But Berk is a great example of what an intervening account or structure is. Berk has a clearinghouse account where funds are accumulated until they're sufficient enough to be distributed to other accounts. There's nothing like that shown in the 533 patent. So specifically, what is it when you ask for a remand on the basis of a new ground of rejection? Would you be explicit in someone's view as the new ground? Yes, Your Honor. There were actually two new grounds of rejection that we identified in the brief. The first was that the board found that in the specification of the 533 patent, transfers could have been performed directly or indirectly without an explicit disclosure of either. And that appears at Joint Appendix A-15. The examiner never made that argument in addressing the direct limitation. In fact, the examiner's reasoning for rejecting the direct limitation was just that the word didn't appear in the specification. There was never any real discussion of why there was no support in the specification. So here, the first new ground of rejection is that the transfer could have been performed directly or indirectly without an explicit disclosure of either. The second new ground of rejection is the car analogy that was used by the board. That was never demonstrated by the examiner. We never had an opportunity to address that with the examiner. Okay, let's move from there. I'll just keep things in rebuttal time. Thank you, Your Honor. Good morning. May it please the Court. This case presents a clear example of why our law needs a written description requirement. Ten years ago, when BART filed its patent application, they explained their invention conceptually and broadly as an automated savings fund, a way for a user to have little amounts of money sent automatically to their savings account. In fact, they specified the automated nature of their invention no fewer than 27 times in their patent. But not once did they say that the transfer was direct. But the board, in explaining its decision, said it really doesn't matter. Well, what I think... It's the new ground that was asserted. Well, let's be clear. There was no new ground. The grounds by the examiner, the grounds by the board, it's the same grounds. There's no disclosure of a direct transfer. The part that BART is citing to, the part of the board's decision, merely said, after BART urged the board, as it urged this Court today, to read the whole patent and somewhere in there find the disclosure, what the board said is, well, you don't specify that it's direct or indirect. So it's really both to the extent it's either. They're trying to get the breadth of their disclosure, and from the breadth they're trying to get to a description. But isn't that factually wrong? I mean, how else do you read column 6, lines 11 through 16? I don't see how you can say they don't articulate support for indirect, if they wanted to claim it, because it expressly says, IRA contribution forwarded to an IRA database, then the IRA contribution sent to the individual account. That would be an indirect transfer, as far as I can tell. So isn't the board, as a factually matter, wrong, based on the way you also interpret the spec at column 6, lines 11 through 15? I think the problem with answering that directly is that the term wasn't used in the specification, so we don't really know what it means. Either this is direct or it's indirect. If it's either, it's indirect. How can it not be one of the two, right? Because it's ambiguous. It's a binary world. You can't say, you know, I choose color gray. Well, first of all, it is ambiguous. I think that, at best, for them, it's ambiguous. I agree with Your Honor that it's one or the other. It's closer to direct, to the extent we even know what direct, I'm sorry, indirect, to the extent we even know what indirect means, because their patent doesn't describe one or the other. With respect to the binary nature of this claim limitation, it's always possible to reduce the universe of claim limitations to a binary nature, where it's either is or isn't. I agree with you. I would say the same thing. Perhaps that's exactly what prosecution is about. Priorities cited. It looks as if some of the terms that you've used may read more broadly than now becomes apparent or prudent to limit the claims. You say, all right, I limit it to direct, but I don't have to worry about Berkeley anymore. Well, that would be true, Your Honor, if they had described both sides of the binary equation, if they had described- How broadly? As the board itself says? Well, Your Honor, a broad definition, even a description that renders something obvious, as this court said in Ariadne, doesn't render it described per 112 First Paragraph. This limitation could have said where the transfers occurred during daylight hours or occur at night. Well, that's a binary thing. One or the other has to occur, but they disclose neither. They could have said where the transfers are in U.S. currency or not U.S. currency, whether they are certain protocols used or not, whether they're electronic or paper transfers. So you're saying that somebody with a claim that turns out to be a little too broad because of the cited references is prohibited from cutting back to that which does not include the reference subject matter? I'm not saying that, Your Honor. And I think in In re Johnson in the CCPA, the CCPA made clear that that's an appropriate thing to do. When an applicant- That's what they did? It's not what they did, respectfully, Your Honor. What happened in In re Johnson was that an applicant had a number of subspecies. And then in order to get around the prior arc, they basically excluded a couple of them. And the board said, well, you essentially created a brand new subspecies. And the CCPA said, that's okay. They're just narrowing their scope to some of the species that they did disclose to exclude others. There's nothing to prevent them from doing that. The problem here is that they didn't disclose a direct transfer. Now, arguably, they didn't disclose the details of any transfer, but Your Honor is correct. And the court, I think, is right that with those two sentences from Step 6, if anything is disclosed, it's an indirect transfer. Well, that happens in less than a nanosecond. The transfer refers to the IRA contribution to the IRA database and then to the individual account. It's just how it moves. I don't know, Your Honor, if there's anything in the reference that talks about the speed at which it moves. And I want to clarify- No, but if you're saying that this absolutely is an inexorable two-step process and they're stuck with it because that's what was described, things always work in sequence no matter what. Well, if it works in sequence, it's beyond the scope of their description and their claim because what their claim now says, according to them, is that direct means without an intervening step. And what they've said here today is that Step 6, the first half of the Step 6, which they want to get away from as quickly as possible, is just the transfer of data and it's not the transfer of funds. This is a specific example for John Doe and his $200. It doesn't say this is the only way it works. It's the only way they describe it as working, Your Honor. They can't wait 10 years, find a prior art reference, and have their attorneys invent a new description or a new embodiment that they never had to begin with. And let's remember in the Step 6 that they're focusing on so much, there's a step that comes before it, Step 5. And in Step 5, that's where the money comes out of the first account. So it's incorrect for them to say that the only transfer occurs in the second half of Step 6 because once we're through Step 5, the money's out of the account. It's gone somewhere. And now we have the intervening step where it's first sent to the institution where they say that's just a data transfer. And in the second step, after that intervening step, it's sent to the account. That clearly puts it beyond the direct definition that they've given and the one the board's adopted. And it's really the only one the board can adopt because this patent doesn't describe what they mean by direct or indirect. It just doesn't. They can't take a broad disclosure and wait to see the prior art and come up with a new invention. That's what the written description doctrine is meant to believe. If this claim has said of the individual directly to a savings program provider of the individual, so the money was directly going to the savings program provider, not necessarily directly to the savings account, which is a stopover, but directly to the provider, would this patent provide written description support for that? I don't think so, and I don't think if it said that, and that's what the claim meant, that they would even necessarily have gotten around prior art. They probably would. The prior art went to a central facility, which was not part of the savings program provider. It was not the same bank. The same bank didn't hold both of those components. So you're saying it now has to go to the same bank. It can't go to some third party for collection until it's big enough to get moved. It would have gotten around it. So why doesn't this bank support it? I don't know that I necessarily agree with how Your Honor has characterized Burke. It may go to a clearinghouse, but I think the problem with Burke is that it didn't get to the account holder's account right away because bear in mind what Burke was doing. Then you agree with me on Burke. Move on. Go to my point, which is if it said savings program provider, why in the world wouldn't this bank be adequately supported? Because the provider might not be depositing into the account right away. The provider might for... What does that have to do with getting over Burke? Nothing. Who cares in terms of the written description support? The written description, figure 6, shows credit debit provider with an arrow straight to savings program provider. Why wouldn't that be adequate support if the claim just said it went directly to a savings program provider? There's nothing shown between the arrow at 26 and 28 on figure 6. Why wouldn't figure 6 standing alone be enough? It might be enough for that claim limitation. We obviously don't have that in front of us, so I can't answer that. I think the claim... The claim or the figure. You have the patent, right? Well, we don't have the... In order to do the written description analysis, we need the claim. We need to know what they're trying to claim. I assume what Your Honor is suggesting is the claim said it goes directly to the provider. And I think the court's question is, is there support for that? And my answer is, because the board didn't deal with that question, I don't know what the actual answer to that is. But I do understand the court's intuition that that potentially is supported by that figure. And it might be. The problem is, I don't think that would have gotten them around Burke necessarily. Because what's happening in Burke... For purposes of our analysis, that's not what the claim says. Right, that's not what the claim says. The claim is much more specific than that. It had to be to get around Burke. That's why they amended the claim. What Burke is doing is keeping these little pennies and nickels and quarters in a bucket somewhere. Maybe in an intermediate bucket. It could be within a bucket with a bank. Right, so that the customer sees once a month the dump of all of the savings that they've made through these little deductions throughout the month. That's why it could be doing it that way. So to say that it just goes directly to the provider, I don't know that it would have gotten around Burke. But it may have been. The problem is that's not what it says. It says directly to the account. And the only language that we have in this patent anywhere that talks about the transfer from one account to another is in step six. And Mr. Grady said here this morning that what step six looks like is two steps. Well, if he's right, that step six looks like two steps, that's clearly substantial evidence to support the board's factual finding that there was no disclosure of a single step transfer, which is what they need to overcome the rejection. So what would have happened if during the course of the amendment when the patentee was trying to get by Burke, he said I'm going to put the word direct, directly transfer in there. And by directly what I mean is not Burke. I mean directly simply means not going into an intermediate account. It does not mean that there can't be an intervening step of some sort, but it simply doesn't go into an intervening account. And they had said that when they wrote up their response to the examiner and put in their amendment. Well, we might be. And then we're going to look at the written description we have here and say, well, does this written description show a possession of direct transfer as defined by the patentee? They may have been closer to having a description of that. The problem that they face is that they have a very, very strong prior art rejection. So they have to move from a continuum, a starting place, where they have a description, their broad description of their broad claim, to an ending place where they have an actual prior art rejection. They've got to move down that continuum. They chose to move far enough, in their view, to get around the prior art, but they moved so far that they got away from their description. Now, if your Honor is suggesting there was some intermediate language that maybe didn't go quite to this direct transfer directly to an account, but carved out a little bit less from their written description and perhaps went a little bit less to overcoming the prior art, there might have been some point in that continuum when they would have cleared the written description hurdle. But I suspect that we would be here talking about an obvious misrejection. Can I ask you a somewhat theoretical question that bothers me about this? Suppose there was no Burke and this was the claim. Not necessarily the original file, but it's the claim. And it included the word directly. And then you all came along and said, no, no, you have to take the word directly out of the claim. There's no written description support. Patentee does a little happy dance because you're basically telling him he has to have a broader claim. Then he would take the word directly out and he would theoretically be entitled to get this claim based on his written description support. Is that right? If there was no Burke, no prior art reference, it was creating an obstacle to it. Well, that's essentially what happened during the original prosecution. We didn't have to step with him putting it in directly and us telling him to take it out, but he got a broad claim that was consistent with his broad disclosure. So I guess what I just don't understand as a theoretical matter is why is it that a written description is adequate to support a broader claim, but not a narrower claim? As a theoretical matter. It bothers me, just theoretically, that you're saying, the patent office is saying, no, no, you can have a broader claim. You just don't have enough specifics to get this narrower one. Because then he could theoretically go assert the broader claim against someone who is doing it directly or indirectly, even though he describes neither. He could, Your Honor, but here's the problem. And here's how the patent system functions. What happens is that the innovator who sees his disclosure can come in and make an improvement. They can come up with their own better way of doing this, their direct way. And they could actually get a patent on that. Now, you're right that... You're saying that he could come in with his own reference cited against him and now claim direct? No, Your Honor. I'm saying we're talking about two different people in the market. So he... So Barton gets a broad patent based on their broad disclosure. And then a second person comes in, and they read that disclosure, and they come up with an improvement, say, the direct transfer model. And they get a patent on that. That might be patentable over this, okay? Well, when that happens, that second patent blocks Barton's ability to practice that improvement. But at the same time, Barton's broad patent blocks the innovator's narrower improvement patent. That happens every day in our patent system. That's what improvement patents are about. Well, that's an interesting theoretical situation, but you can't say that that applies here. He has a broad statement in the beginning of the transfer. The transfer takes place. Then he has this example with number six where he says that it proceeds... The first thing that happens is that it is forwarded to the main IRA database, and then the second thing is that it goes to the account. As an example of the transfer, it doesn't say you can't go directly from one to the other, just as in my example. You take the one to five percent, and here it goes. So you're saying that someone else but not this inventor could claim the direct transfer? I'm saying that someone who invented a direct transfer and who described the direct transfer... You're saying that it's patentable over this disclosure, but that's not what Barton is trying to do. He's saying that's part of my disclosure. Well, respectfully, Your Honor, he is trying to say it's patentable over disclosure of an indirect transfer. He says it's patentable over the prior art, not over his own disclosure. But his disclosure, he doesn't describe the direct transfer at all. That's the problem. All I'm trying to do in answering Judge Moore's question... Well, that's undoubtedly why the board went to written description and overruled the obviousness. Anticipation. Yes, because neither party describes direct transfer. Neither Burke nor Barton. The court has no further questions. Okay, any more questions for Mr. Kelly? Thank you, Mr. Kelly. Mr. Grady, you have a little time. Just two minutes. Thank you, Your Honor. The direct transfer was described and originally issued Claim 1, where it said automatically contributing funds from a deposit account of an individual to a savings program account of the individual based upon debit transactions made by the individual. That's a direct transfer from account to account. Was Burke automatic? I'm sorry? Was Burke automatic? Burke was... Yeah, Burke was also... Burke was automatic in the sense that there was a debit transaction. I think the way I understood what you were saying is because of the word automatic, that means it's direct. No, it's because the funds went from a deposit account of an individual to a savings program account of the individual. One account to the other, direct, no intervening step or agency involved at all in that transfer. That's an originally issued Claim 1. In the original prosecution history, there was a... Was that part of Claim 1 present and filed, or was that... Yes, Your Honor. Okay. Original Claim 1 that issued with the 533 patent was the original claim as filed on the day of the filing and not amended? No, it was not... I'm sorry, I misunderstood your question. I appreciate that. I understand that. Yeah, no, that original Claim 1 was... That's originally issued Claim 1, not as originally filed. So that's a claim that appears in the printed patent that is up on appeal today, that originally automatically contributing funds from a deposit account of an individual to a savings program account of the individual based on debit transactions. You understand our confusion, because if this was originally filed, Claim 1 on the day of filing, then it could itself provide the written description support you're looking for. Right. The claim was discussed during the original prosecution history. And in the prosecution history, this is reproduced at the joint appendix at page A1009 to 1010. There's a discussion of a prior art reference, and the patentee says, in neither aspect of the Fernandez-Holman disclosure is money transferred from a deposit account to a savings account, nor is the money transferred from the deposit account to the savings account. The customer's money that has previously been deposited. It is therefore submitted that the Fernandez-Holman teaching would not leave one's skills in the art to the requirements of Applicant's Claim 11, particularly as amended. And Claim 11, as amended, included the phrase, computer-usable code having computer-readable program code means embodied therein for automatically contributing funds from a deposit account of an individual to a savings program account of the individual based upon debit transactions made by the individual. So this is in the original prosecution history. Prosecution Claim 11 describes that account-to-account transfer of money, and there's a discussion of the need to have a direct transfer from account-to-account in the prosecution history in overcoming the prior art. Okay. Thank you. Thank you, Mr. Grady. Thank you, Mr. Phillips. The case is taken into submission. 21, Spectrolytics Incorporated against Cordis Corporation and Norman Noble. Mr. Carlson. Thank you, Your Honor. May it please the Court. This is the Enhancement of Damages case  on the fact that the defendant did not have the ability on the defendant's pre-suit conduct. The case was here earlier, and you remanded it on account of the fact that the district court judge discounted that pre-suit conduct, and on remand, the district court judge has again discounted that conduct. With respect to Noble, the Court held that it was not reprehensible for Noble to have ignored the patent because of the fact that Noble had received an indemnification from its largest customer, Cordis. If Noble had investigated the patent, it might have decided not to manufacture it, in which case, Cordis wouldn't have had a supplier, and there wouldn't have been any infringement. But it didn't do any investigation whatsoever. It totally ignored the patent, and there's absolutely no authority giving a party a pass on enhanced damages because it has been identified with respect to actual damages by its customer. In fact, giving a party a pass on enhanced damages violates the purposes and the objectives of enhanced damage law, and we ask that the case be remanded back to the district court to consider specific enhanced damages against Noble. Now, as to Cordis, there, again, was a discounting of the pre-suit conduct. Here, the court ordered enhanced damages of $500,000, a .02 multiplier of actual damages. Well, that amount of money does not punish Cordis, and that amount of money will not deter Cordis from doing anything at all. And it resulted from an erroneous application of several of the read factors, which we discussed in our brief, but I'd like to talk about read factor five, which is the closeness of the willfulness case. Here, the district court judge did not even consider the closeness of the willfulness case. If he would have considered it, he would have looked at the evidence that caused him to say that Cordis didn't take spectrolytics seriously, even, until the lawsuit was filed. If he had considered that evidence, he would have considered the evidence of both objective and subjective of the reckless behavior of Cordis prior to being sued, but he didn't do any of that. Instead, what he did was to say, well, this case, when it was tried, was close, and he substituted that for looking at the closeness of the willfulness case.